IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00410-BNB

JEREMY PINSON,

    Applicant,

v.

DAVID BERKEBILE,

    Respondent.

---

ORDER

---

At issue is the exhaustion of administrative remedies in all claims associated with the only remaining incident report in this action, Incident Report (IR) No. 2300367. Additional information is required before the Court may determine whether the claims have been properly exhausted and are not procedurally defaulted. The Court requests the following information.

The Regional Director, in addressing Applicant's appeal of Incident Report (IR) No. 2300367, found a procedural error in the disciplinary proceeding and returned the IR to the Disciplinary Hearing Officer (DHO) for reconsideration. *See* Prelim. Resp., Attach. 6, ECF No. 10-7, at 2. Respondent is directed to file a Second Supplement and state (1) what procedural error was found by the Regional Director; (2) if the DHO reconsidered the hearing results in IR No. 2399367 and addressed the procedural error; (3) how the procedural error affected the outcome of the disciplinary proceeding; and (4) whether Applicant appealed the results of the reconsideration. If the IR was not

reconsidered Respondent is directed to state why it was not reconsidered.  Accordingly, it is

ORDERED that **within seven days** of the date of this Order, Respondent shall file a Second Supplement to the Preliminary Response, in accordance with the above directives.  It is

FURTHER ORDERED that within seven days of the date a Supplement is filed Applicant may file a Reply.

DATED July 15, 2014, at Denver, Colorado.

BY THE COURT:

  s/ Boyd N. Boland
United States Magistrate Judge